LORZING v. EISENBERG et al.

*W. H. Regan*, for plaintiff (respondent).

*Fromme Bros.*, for defendants (appellants).

McCARTHY, J. Having determined in the action of *Lorzing* v. *Eisenberg, ante,* page 358, on the appeal from the order denying the motion to open the default to reverse said

order, as matter of course this judgment falls. But this is without fault of the respondent.

The judgment is, therefore, reversed, and a new trial ordered; no costs.

FITZSIMONS, J., concurs.

Judgment reversed and new trial ordered, without costs.